**[J-34-2024]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: NOMINATION PETITION OF    : No. 9 WAP 2024
WILLIAM ANDERSON AS DEMOCRATIC  :
CANDIDATE FOR THE 24TH      : Appeal from The Order of the
LEGISLATIVE DISTRICT OBJECTION OF:  : Commonwealth Court entered March
L'OREAL SNELL, AMANDA GREEN-    : 4, 2024 at No. 95 MD 2024.
HAWKINS AND ERIN WISE       :
                           : SUBMITTED: March 19, 2024
                           :
APPEAL OF: WILLIAM ANDERSON     :

## ORDER

**PER CURIAM**

    **AND NOW,** this 22nd day of March, 2024, the order of the Commonwealth Court is **AFFIRMED**.

    Chief Justice Todd and Justice Wecht did not participate in the consideration or decision of this matter.